# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-08249-002-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Armondo Francisco Whiterock, | |
| Defendant. | |

This matter having been referred to Magistrate Judge Eileen S. Willett to set a hearing,

IT IS ORDERED setting *Frye/Cooper* Hearing for October 27, 2020 at 2:30 p.m., before Judge Willett.

Defendant shall appear via video conference pursuant to the procedures currently in place. Counsel shall appear telephonically by providing contact information to the Courtroom Clerk no later than three business days prior to the hearing.

The Court finds no excludable delay.

Dated this 6th day of October, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge